No. 647. GLOVER *v.* TEXAS. November 10, 1941. Petition for writ of certiorari to the Court of Criminal Appeals of Texas, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. F. S. K. Whittaker* for petitioner. *Mr. Geo. W. Barcus,* Assistant Attorney General of Texas, for respondent.

No. 650. WEST *v.* STATE OF WASHINGTON. November 10, 1941. Petition for writ of certiorari to the Supreme Court of the State of Washington, and motion for leave to proceed further *in forma pauperis,* denied. *Fred Hartzell West, pro se.*

No. 611. LOVVORN *v.* WELSH, DISTRICT JUDGE. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *James A. Lovvorn, pro se. Assistant Attorney General Berge* and *Messrs. Warner W. Gardner* and *W. Marvin Smith* for respondent.

No. 677. PIERRE *v.* LOUISIANA. November 10, 1941. Petition for writ of certiorari to the Supreme Court of Louisiana, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Maurice R. Woulfe* for petitioner.